# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACQUEL LEWIS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-1649** |
| | : | |
| **CITY OF PHILADELPHIA PARKING** | : | |
| **VIOLATIONS,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 9th day of May, 2023, upon consideration of Plaintiff Racquel Lewis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Seal (ECF No. 3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Motion to Seal is **DENIED**.

5. The Clerk of Court is **DIRECTED** TO **UNSEAL** this case.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                      **BY THE COURT:**

                                      /s/ John R. Padova

                                      **JOHN R. PADOVA, J.**